

# Fourth Court of Appeals
## San Antonio, Texas

August 22, 2018

No. 04-18-00445-CR

Nelson Anthony **JASSO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2017 CRB 696 D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

# O R D E R

This is an appeal from a conviction for the offense of murder. On May 16, 2018, appellant was sentenced to twenty-five years in prison. At trial, appellant was represented by retained counsel, Marcel C. Notzon III. Retained counsel has not filed a nonrepresentation notice in this court. The clerk's record has been filed; however, the reporter's record has not been filed and is overdue. The court reporter responsible for filing the record filed a notification of late record.

Appellant filed a pro se notice of appeal and a pro se motion for extension of time to file a notice of appeal. On July 25, 2018, we granted appellant's pro se motion for extension of time to file a notice of appeal and retained the case on our docket. On the same day, we ordered appellant to provide written proof to this court that either the reporter's record had been paid or arrangements had been paid to pay the reporter's fee or that appellant is entitled to appeal without paying the reporter's fee. We further ordered appellant to file written proof that he had filed a designation of record with the court reporter. Additionally, we ordered appellant to file a docketing statement. All of these items were due on August 8, 2018. To date, none of the required items have been filed.

Copies of our July 25, 2018 orders were sent to appellant's lead counsel, Mr. Notzon. *See* TEX. R. APP. P. 6.3(b) (requiring notices to be sent to a party's lead counsel in the trial court if the party was represented by counsel in the trial court, lead counsel on appeal has not yet been designated, and lead counsel had not filed a nonrepresentation notice or been allowed to

withdraw). However, to date, Mr. Notzon has not filed any of the required items on appellant's behalf, nor has he filed a nonrepresentation notice.

We, therefore, ABATE this appeal and REMAND the case to the trial court. We ORDER the trial court to conduct a hearing to answer the following questions:

(1) Does appellant desire to prosecute his appeal?

(2) Is appellant indigent?

(a) If appellant is indigent, the trial court shall take such measures as may be necessary to assure the effective assistance of counsel, which may include the appointment of new counsel.

(b) If the trial court finds that appellant is not indigent, the trial court should determine whether appellant has made the necessary arrangements for filing the reporter's record and his brief.

(3) Has retained counsel abandoned the appeal?

The trial court may, in its discretion, receive evidence on the first two questions by sworn affidavit from appellant. The trial court shall, however, order appellant's counsel to be present at the hearing.

We ORDER the trial court to file its written findings of fact and conclusions of law with the trial court clerk **no later than thirty (30) days from the date of this order**. We ORDER the trial court clerk to file a supplemental clerk's record in this court no later than ten days after the trial court files its findings of facts and conclusions of law. We further ORDER the court reporter to file in this court a supplemental reporter's record of the hearing, along with copies of any documentary evidence admitted, no later than twenty days after the date of the hearing.

All appellate deadlines are SUSPENDED pending further orders from this court.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of August, 2018.

_____
Keith E. Hottle
Clerk of Court